# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

JEFFERY PAUL,
Reg. #10517-042                                                                          PLAINTIFF

V.                           4:12CV00774 BRW

UNITED STATES BUREAU OF PRISONS, et al.           DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule in 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 14th day of January, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE